■ SANDRA FELDMAN et al., Appellants, v CITY OF NEW YORK et al., Respondents. In the Matter of SANDRA FELDMAN et al., Appellants, v CITY OF NEW YORK et al., Respondents.— Order and judgment, Supreme Court, New York County (William McCooe, J.), entered on March 2, 1992 and February 13, 1992, respectively, unanimously affirmed for the reasons stated by McCooe, J., without costs and without disburse-

ments. No opinion. Concur—Carro, J. P., Wallach, Asch and Kassal, JJ.